## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **SHAMIKA JONES,** *et. al.*, | * |
| | * |
| Plaintiffs, | * |
| | * |
| vs. | * CIVIL ACTION NO. 16-00622-WS-B |
| | * |
| **COTY, INC.,** *et. al.*, | * |
| | * |
| Defendants. | * |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Plaintiff's complaint be **DISMISSED** for failure to prosecute and obey the Court's orders.

**DONE** this 21st day of August, 2018.

                                              **s/WILLIAM H. STEELE**
                                              **UNITED STATES DISTRICT JUDGE**