# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| SHAMIKA JONES, *et. al.*, | * |
| Plaintiffs, | * |
| vs. | * CIVIL ACTION NO. 16-00622-WS-B |
| COTY, INC., *et. al.*, | * |
| Defendants. | * |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff's complaint be **DISMISSED** for failure to prosecute and obey the Court's orders.

**DONE** this 21st of August, 2018.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE