# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| SHAMIKA JONES, on behalf of Herself and all others similarly situated, )<br><br>Plaintiffs, )<br><br>v. )<br><br>COTY INC., *et al.*, )<br><br>Defendants. ) | Civil Action No.:<br>16-CV-00622-TM-B |

## MOTION TO WITHDRAW

COMES NOW J. Bart Cannon of the law firm of Huie, Fernambucq & Stewart, LLP, and withdraws as counsel for the Defendants, Coty Inc., The Procter & Gamble Company, The Procter & Gamble Manufacturing Company, Inc., The Procter & Gamble Distributing, L.L.C., and Procter & Gamble Hair Care, L.L.C., in the above referenced case. Defendants will continue to be represented by remaining counsel of record and the withdrawal of the undersigned counsel will not prejudice any party.

*/s/ J. Bart Cannon*
J. Bart Cannon (asb-8733-e52c)
***Attorney for Defendants***

**OF COUNSEL**:
HUIE, FERNAMBUCQ & STEWART, LLP
3291 US Highway 280, Suite 200
Birmingham, AL 35243
Phone: (205) 251-1193
Fax: (205)251-1256
bcannon@huielaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2019, I electronically served the foregoing discovery document on the following attorneys of record:

| | |
|---|---|
| W. Lewis Garrison, Jr. | K. Stephen Jackson |
| Brandy Lee Robertson | Joseph L. "Josh" Tucker |
| HENINGER GARRISON DAVIS, LLC | JACKSON & TUCKER, P.C. |
| 2224 First Avenue North | 2229 1st Avenue North |
| Birmingham, Alabama 35203 | Birmingham, Alabama 35203 |
| wlgarrison@hgdlawfirm.com | steve@jacksonandtucker.com |
| brandy@hgdlawfirm.com | josh@jacksonandtucker.com |

/s/ *J. Bart Cannon*
OF COUNSEL